IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE L. MOORE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES A. YATES,<br><br>　　　　Respondent.<br>_____/ | 1:04-cv-5476 OWW GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #44)<br><br>SIXTY DAY DEADLINE |

　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 19, 2008, petitioner filed a motion to extend time to file objections to the Findings and Recommendations issued on February 6, 2008 (Doc. 43). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Petitioner is granted sixty days from the date of service of this order in which to file his objections to the Findings and Recommendations issued on February 6, 2008.

　　　IT IS SO ORDERED.

　　　Dated:   **March 6, 2008**　　　　　　　　 **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE